[No. 26461-1-III. Division Three. September 1, 2009.]

W. THOMAS BAYHA ET AL., *Appellants*, v. WILLIAM LAMPSON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 04-2-02781-8, Richard W. Miller, J. Pro Tem., entered August 14, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Kulik, J.

[No. 27071-8-III. Division Three. September 1, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. HAJDAR IBERHYSAJ, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 07-1-00612-9, Dennis D. Yule, J., entered May 5, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 27119-6-III. Division Three. September 1, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. VICTOR J. STEVENSON, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 06-1-00262-1, John Hotchkiss, J., entered May 12, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 27333-4-III. Division Three. September 1, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. YOLANDA ELLITA MARIA HENDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 08-1-00072-6, Donald W. Schacht, J., entered July 21, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Sweeney, J.